```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ABRAHAM PERLMAN,                                                 :
                                                                 :
                            Plaintiff,                           :
                                                                 :        24-cv-04503 (LJL)
              -v-                                                :
                                                                 :        ORDER
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff submitted a letter on November 12, 2024 requesting an extension of time to file his response to Defendant's motion to dismiss the complaint or, in the alternative, for summary judgment. Dkt. No. 16. That request is GRANTED. Plaintiff has until December 3, 2024 to respond.

Pro se parties should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). For further information regarding the Pro Se Law Clinic, parties are referred to https://www.nysd.uscourts.gov/attorney/legal-assistance.

SO ORDERED.

Dated: November 15, 2024
       New York, New York

                                                        _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge