```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ABRAHAM PERLMAN,                                                  :
                                                                  :
                                Plaintiff,                        :
                                                                  :         24-cv-04503 (LJL)
                -v-                                               :
                                                                  :              ORDER
COMMISSIONER OF SOCIAL SECURITY,                                  :
                                                                  :
                                Defendant.                        :
                                                                  :
------------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/15/2025

LEWIS J. LIMAN, United States District Judge:

On November 15, 2024, the Court granted Plaintiff Abraham Perlman's request for an extension of time to file his response to Defendant's motion to dismiss the complaint or, in the alternative, for summary judgment. Dkt. No. 18. The Court extended Plaintiff's deadline to respond to December 3, 2024. *Id*. Plaintiff mailed his response, postmarked December 3, 2024, to the Chambers of Judge Lewis J. Liman. The Court's Individual Practices in Civil Cases require parties proceeding *pro se* and without legal representation to submit documents for the Court's consideration to the Pro Se Intake Unit directly and not to the Judge's Chambers. *See* Individual Practices in Civil Cases. Papers may be mailed directly to the Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007. Alternately, Plaintiff can deliver the documents by hand to the Pro Se Intake Unit or email them to ProSe@nysd.uscourts.gov in PDF form. The Pro Se Intake Unit will then file the papers on the docket. Given Plaintiff's unrepresented status, however, the Court excuses his failure to submit his response to the Pro Se Intake Unit and considers the Plaintiff to have therefore responded in compliance with the Court's deadline. Having received Plaintiff's response, the Court now permits Defendant to file a reply by

Wednesday, January 29, 2025. Defendant is directed to serve copies of its reply on Plaintiff and file proof of service on the docket.

SO ORDERED.

Dated: January 15, 2025
      New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge